UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60272-CIV-COHN

PETER FRANCIS KELLER,

Magistrate Judge White

     Plaintiff,

vs.

MISS WILLIAMS, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

_____THIS CAUSE is before the Court upon the Preliminary Report of Magistrate

Judge Patrick A. White [DE 14].  The Court notes that the Plaintiff, Roosevelt Johnson,

did not file objections to the Report by the deadline of June 15, 2009.

This Court agrees with the reasoning, analysis and conclusions of the Magistrate

Judge, who reviewed the Complaint pursuant to 28 U.S.C. § 1915e(2)(B).  The

Magistrate concluded that Plaintiff's claims for deliberate indifference against

Defendants Miss Williams and Miss Marshal proceed, while his claims under the

Americans with Disabilities Act be dismissed.  Even upon a de novo review, the Court

agrees with the Magistrate Judge.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Magistrate Judge's Report and Recommendation [DE 14] is hereby

    **ADOPTED**;

2.    The claims of deliberate indifference under the Eighth Amendment proceed

    against Defendants Williams and Marshal in their individual capacities;

3.    The ADA claim is hereby **DISMISSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 17th day of June, 2009.

JAMES I. COHN
United States District Judge

copies to:

Peter Keller Williams
400 SW 2nd Street
Pompano Beach, FL 33060