```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-60272-CIV-COHN
                         MAGISTRATE JUDGE P. A. WHITE

PETER KELLER,                 :

     Plaintiff,               :
                                         REPORT OF
v.                            :       MAGISTRATE JUDGE

WILLIAMS, et al.,             :


     Defendants.              :
_____
```

This Cause is before the Court upon a response in opposition to the Clerk's entry of default, filed pro-se by Defendant Phyllis Webb (de#34) and an "Answer" filed pro-se by defendant Marshall (DE#39). Defendant Webb's response in opposition states that she is not in default and encloses a copy of a letter she sent directly to the plaintiff stating that she is unclear as to the claims. (DE#34). Defendant Marshall's Answer, addressed to the Magistrate Judge states the complaint is unclear and doesn't pertain to her.

Clearly, these pro-se responses are insufficient. The defendants need to obtain an attorney, and file a proper response. The Court is enclosing a copy of the Undersigned's Report and Recommendation (DE#14) which specifically states what claims are remaining in this case against these defendants.

It appears that the defendants have attempted to respond to this lawsuit, albeit insufficiently. It is therefore recommended that the United States District Judge stay the entry of a final default judgment at this time.

It is further recommended that both defendants be given an opportunity to contact an attorney and file proper responses on or before November 23, 2009.

Dated Miami, Florida this 15th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Peter Keller, Pro Se
      DC#60200
      Martin CI
      Address of Record

      Miss Marshal, Defendant
      Turning Point Bridge, Pompano
      Address of Record

      Miss Williams, Defendant
      Turning Point Bridge, Pompano
      Address of record