UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60272-CIV-COHN

PETER FRANCIS KELLER,

Magistrate Judge White

　　　Plaintiff,

vs.

MISS WILLIAMS and MISS MARSHAL,

　　　Defendants.
_____/

## ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Second Motion for Default Judgment [DE 44] and Motion to Renew Motion for Default Judgment [DE 60].  The Court has carefully considered the filings and is otherwise fully advised in the premises.

Plaintiff Peter Francis Keller ("Plaintiff") filed this action pursuant to 42 U.S.C. § 1983 for the denial of his medical care while at the Pompano Work Release Center in Pompano Beach, Florida.  Defendant Phyllis Webb Williams ("Miss Williams") was served on July 16, 2009 [DE 26].  After a Clerk's default was entered against Miss Williams on September 14, 2009 [DE 33], she filed a pro se response with the Court on September 22, 2009 [DE 34].  Defendant Marshall was served on August 10, 2009 [DE 30] and filed a response on October 8, 2009 [DE 39] after the entry of a Clerk's default.

Plaintiff moved for entry of a default judgment.  The Magistrate Judge issued a report recommending that a stay of entry of default judgment be entered, and Defendants be given until November 23, 2009 to hire counsel.  The Court adopted this

Recommendation in part, over Plaintiff's objection, and directed Defendants to retain counsel and properly file a response to the Complaint that comports with the Federal Rules of Civil Procedure by November 23, 2009.   Defendants did comply with the Court's deadline by having an attorney file a Notice of Appearance on their behalf, and an Answer to the Complaint [DE 54 and 55].  These filings may have crossed in the mail with Plaintiff's filings that were docketed on November 20, 2009 and November 23, 2009.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motions for Default Judgment [DE's 35 and 36], Second Motion for Default Judgment [DE 44] and Motion to Renew Motion for Default Judgment [DE 60] are hereby **DENIED**;

2. The Magistrate Judge shall enter a pretrial order for this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of November, 2009.

JAMES I. COHN
United States District Judge

copies to:

U.S. Magistrate Judge Patrick White

Peter F. Keller
DC # 602200
971 S. Dixie Hgwy.
Pompano Beach, FL 33060

A. Blackwell Stieglitz, Esq.